No. D–1313.  IN RE DISBARMENT OF RUBIN.  Disbarment entered.  [For earlier order herein, see 509 U. S. 950.]

No. D–1314.  IN RE DISBARMENT OF BROWN.  Disbarment entered.  [For earlier order herein, see 509 U. S. 950.]

No. D–1315.  IN RE DISBARMENT OF HUTCHESON.  Kent Hutcheson, of Nauvoo, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.  The rule to show cause, heretofore issued on October 18, 1993 [ante, p. 929], is hereby discharged.

No. D–1331.  IN RE DISBARMENT OF O'LEARY.  It is ordered that Joseph J. O'Leary, of Canton, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1332.  IN RE DISBARMENT OF DAYS.  It is ordered that John Wesley Days, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1333.  IN RE DISBARMENT OF SHARP.  It is ordered that Stephen Alan Sharp, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 8, Orig.  ARIZONA v. CALIFORNIA ET AL.  Joint motion of the parties to suspend the briefing schedule set by order of the Court on October 18, 1993 [ante, p. 930], granted.  [For earlier order herein, see, e. g., ante, p. 930.]

No. 65, Orig.  TEXAS v. NEW MEXICO.  Motion of the River Master for award of fees and expenses granted, and the River Master is awarded a total of $535.54 for the period July 1 through September 30, 1993, to be paid equally by the parties.  [For earlier order herein, see, e. g., ante, p. 805.]